IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK**                                                                                                    **PLAINTIFF**
**ADC #130743**

v.                              No: 3:24-cv-00231-LPR-PSH

**FROSTER**                                                                                                          **DEFENDANT**

## ORDER

Plaintiff Richard Block filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 12, 2024, while incarcerated at the Arkansas Division of Correction's North Central Unit (Doc. No. 2). Block has now filed a complete IFP application (Doc. No. 5). The Court grants Block's IFP application and does not assess an initial partial filing fee. Block will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his prison trust account each time the amount in the account exceeds $10.00. Block's custodian is requested to send the Clerk of the Court monthly payments from his prison trust account when the amount exceeds $10.00, until the $350 statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments also must be clearly identified by the name and number assigned to this action. The Clerk of Court is directed to send a copy of this order to the Warden of the North Central Unit, the ADC Trust Fund Centralization Bank Office, and the ADC Compliance Office.

IT IS SO ORDERED this 6th day of January, 2025.

                                                                                                        
_____
UNITED STATES MAGISTRATE JUDGE